

No. 12–0353/MC. U.S. v. Lazzaric T. Caldwell. CCA 201000557. On consideration of Appellant's motion to file a portion of the joint appendix under seal and motion to correct a portion of the joint appendix, it is ordered that said motions are hereby granted.

No. 12–0636/AR. U.S. v. Ryahn P. Shaw. CCA 20100158. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted, *up to and including August 27, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0671/AF. U.S. v. Jeremy K. Arsenault. CCA 38030. On consideration of the motion filed by Major Daniel E. Schoeni for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and that the new counsel has assumed representation of said Appellant. Accordingly, it is ordered that said motion is hereby granted.

Misc. No. 12–8032/AR. Nidal M. Hasan, Petitioner v. Gregory Gross, Colonel, United States Army, Military Judge, Respondent. CCA 20120667. On consideration of the petition for extraordinary relief in the nature of a writ of prohibition to prevent the military judge from ordering the forcible shaving of Petitioner's facial hair, and Petitioner's motion for a stay of proceedings, it is ordered that said motion for a stay of proceedings is hereby granted, pending further order of the Court.